465 A.2d 635

COMMONWEALTH of Pennsylvania, Petitioner at Nos. 40 & 41,

v.

Miles GABLER, Petitioner at No. 39; Cross-Petitioner at No. 41.

Supreme Court of Pennsylvania.

Argued Sept. 14, 1983.

Decided Sept. 21, 1983.

John H. Corbett, Jr., John R. Cook, Bruce Ledewitz, Pittsburgh, for petitioner in No. 39 and respondent in Nos. 40 and 41.

Robert E. Colville, Dist. Atty., Robert L. Eberhardt, Deputy Dist. Atty., Pittsburgh, for petitioner in Nos. 40 and 41 and respondent in No. 39.

James Lees, Asst. Dist. Atty., Pittsburgh, Charles W. Johns, Court Adm'rs Office, Philadelphia, for respondent in No. 39.

John H. Cobill, Jr., Pittsburgh, for respondent in Nos. 40 and 41.

Leroy Zimmerman, Atty. Gen., Harrisburg, for respondent.

Thomas W. Pomeroy, Jr., Joseph A. Katarincic, Peter J. Kalis, Kirkpatrick, Lockhart, Johnson & Hutchison, Pittsburgh, for amicus curiae Crim. Div., Court of Common Pleas of Allegheny County.

Before ROBERTS, C.J., and NIX, LARSEN, FLAHERTY, McDERMOTT, HUTCHINSON and ZAPPALA, JJ.

## ORDER

PER CURIAM:

The order of the Court of Common Pleas of Allegheny County dated July 6, 1982, is vacated and the matter is remanded for sentencing proceedings before the trial judge.